# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICKEY LEE BARNARD,**
                **Plaintiff,**

**-vs-**                                            **Case No. 6:07-cv-77-Orl-18KRS**

**B.P. PRODUCTS OF NORTH AMERICA, INC.,**
                **Defendant.**

___

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT AGREED MOTION TO EXTEND DEADLINE FOR CASE MANAGEMENT REPORT MEETING (Doc. No. 12)** |
| **FILED:** | **March 16, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The parties shall have until March 20, 2007, to conduct the Case Management Conference.

The Case Management Report must be filed within the time required by the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on March 19, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties